KILPATRICK TOWNSEND & STOCKTON LLP
DENNIS L. WILSON (State Bar No. 155407)
DWilson@kilpatricktownsend.com
CHRISTOPHER T. VARAS (State Bar No. 257080)
CVaras@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA 90212-2018
Telephone:   310-248-3830
Facsimile:   310-860-0363

Attorneys for Plaintiff
ZYNGA INC.

FILED

2013 JUL 30 P 3: 30

CLERK, H. WIEKING
DISTRICT COURT
CALIFORNIA

FILED BY FAX

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

## CV 13 3517

| | |
|---|---|
| ZYNGA INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>BANG WITH FRIENDS, INC, a Delaware Corporation; and JOHN DOES 1-5, inclusive,<br><br>        Defendant. | **ZYNGA INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

### ZYNGA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Mark and Alison Pincus (with Ogden Enterprises LLC)
- KPCB Holdings, Inc. (as nominee for KPCB XIII, LLC; KPCB Digital Growth Fund, LLC; KPCB Digital Growth Founders Fund, LLC; KPCB XIII is KPCB XIII Associates, LLC; KPCB DGF Associates, LLC.;  Brook Byers; L. John Doerr; Joseph Lacob; Raymond Lane; Theodore Schlein; William Joy; William "Bing" Gordon).

### ZYNGA INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Zynga Inc. discloses that it does not have any parent corporations and no publicly held corporation owns 10% or more of its stock.

DATED:  July 29, 2013

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: _____
   DENNIS L. WILSON

Attorneys for Plaintiff
Zynga Inc.



- 1 -
CERTIFICATION OF INTERESTED PERSONS; CORPORATE DISCLOSURE