1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZYNGA INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANG WITH FRIENDS, INC., a Delaware corporation and DOES 1-5, inclusive,<br><br>　　　　Defendants. | Case No. 4:13-cv-03517 YGR<br><br>***MODIFIED*** [**PROPOSED**] **ORDER DISMISSING CASE WITH PREJUDICE AND RETAINING JURISDICTION** |

Pursuant to the stipulation and joint request of Zynga Inc. ("Zynga") and Bang With Friends, Inc. ("BWF") (collectively the "Parties"), the Court hereby **ORDERS** as follows:

1. This action is hereby **DISMISSED WITH PREJUDICE**;

2. Each of the Parties shall bear their own attorneys' fees and costs incurred in connection with the action; and

3. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court retains jurisdiction over the parties for the purpose of making any orders necessary to enforce or interpret the confidential settlement agreement between the Parties *for one (1) year from the date of this Order*.

**IT IS SO ORDERED.**

ENTERED: October 1, 2013

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge